```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  JONATHAN B. CONKLIN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   CR. F-04-5308 OWW
                                  )
12              Plaintiff,        )   ORDER EXTENDING DATE FOR
                                  )   GOVERNMENT TO FILE
13      v.                        )   RESPONSE TO DEFENDANT'S
                                  )   MOTION TO DISMISS AND TO
14  RICHARD MILTON HAWKINS,       )   CONTINUE HEARING THEREON
                                  )
15              Defendant.        )
                                  )
16                                )
                                  )
17                                )
                                  )
18                                )   Hon. OLIVER W. WANGER
                                  )
19  _____
20      IT IS HEREBY ORDERED THAT, the time for the government to
21  file its response to defendant's motion to dismiss the indictment
    shall be continued to June 20, 2005.
22
    //
23
    //
24
    //
25
    //
26
    //
27
    //
28
```

FILED
2005 JUN -3 P 3: 54
CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____ DEPUTY

3

1    IT IS FURTHER ORDERED THAT, the date set for hearing of
2 defendant's motion to dismiss the indictment shall be continued
3 from June 6, 2005, to June 20, 2005, and that, pursuant to 18
4 U.S.C. § 3161, time shall be excluded to and through a decision on
5 such motion.

DATE:  6-2-05

OLIVER W. WANGER
United States District
Court Judge

4