UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff           )   CR F-04-5308 OWW
                                )
    v.                          )
                                )   ORDER RECOMMENDING FACILITY
RICHARD MILTON HAWKINS,         )   AND EXTENDING TIME TO
                                )   SURRENDER
            Defendant           )
_____)
```

The Court hereby recommends the defendant be incarcerated at the facility in Lompoc, California, but only insofar as it meets with security classification and space availability.

To allow time for this recommendation to be considered the date by which the defendant shall surrender to the designated facility, or to the United States Marshal in Fresno, is extended to April 3, 2006 before 2:00 p.m.

IT IS SO ORDERED.

**Dated:   March 8, 2006**                    /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE